People v Owens

2026 NY Slip Op 02514

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

v

PHILLIP OWENS, DEFENDANT-APPELLANT. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

138 KA 23-01170

Present: Whalen, P.J., Lindley, Curran, Smith, And Delconte, JJ.

KAMAN BERLOVE LLP, ROCHESTER (BRYANNE L. JONES OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (MARTIN P. MCCARTHY, II, OF COUNSEL), FOR RESPONDENT.

Appeal from a resentence of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered June 14, 2023. Defendant was resentenced upon his conviction of criminal possession of a weapon in the second degree.

[*1]

It is hereby ORDERED that the resentence so appealed from is unanimously reversed on the law and the matter is remitted to Supreme Court, Monroe County, for resentencing.

Same memorandum as in People v Owens ([appeal No. 1] — AD3d — [Apr. 24, 2026] [4th Dept 2026]).

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court